## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KHANIS MORNINGSTAR**                                                                          **PLAINTIFF**
**ADC #164590**

**v.**                                              **Case No. 4:23-cv-00460-KGB**

**JAMES H. SMITH, JR.,** *et al.*                                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

Khanis Morningstar's complaint is dismissed (Dkt. No. 2).  The relief sought is denied.

It is so adjudged this the 8th day of September, 2025.

_____
Kristine G. Baker
Chief United States District Judge